IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DARRELL YOUNG

v.                                                   Civil No. 1:23-cv-369-HSO

UNITED STATES OF AMERICA

AND

UNITED STATES OF AMERICA

v.                                                   Criminal No. 1:20-cr-48-HSO-RPM-1

DARRELL YOUNG

**FINAL JUDGMENT OF DISMISSAL**

In accordance with the Court's Order denying Defendant's Motion [328] to Vacate and Motion [329] for Release on Bail, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 14th day of January, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE